IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES SMILEY, on behalf of himself and
and all others similarly situated,

    Plaintiff,

v.                                                          No. 4:17-cv-612-JLH

DELI PARTNERS, LLC, a franchisee d/b/a
"Jason's Deli"; HARVEY NORTH LITTLE
ROCK, L.L.C., managing entity; BOURKE
C. HARVEY, an individual; and DELI PARTNERS
OF NORTH LITTLE ROCK, LP,

    Defendants.

## JOINT MOTION FOR APPROVAL OF
## STIPULATED FLSA COLLECTIVE ACTION SETTLEMENT

COME NOW Plaintiff James Smiley ("Plaintiff") and Defendants Deli Partners, LLC, Harvey North Little Rock, L.L.C., Deli Partners of North Little Rock, LP (collectively the "Company") and Bourke C. Harvey ("Harvey"), by and through undersigned counsel, and for their Joint Motion for Approval of Stipulated FLSA Collective Action Settlement, the parties state:

1.    Plaintiff filed suit against the Defendants asserting individual and putative collective action claims for alleged violation of the Fair Labor Standards Act ("FLSA") arising out of alleged misclassification of Assistant Managers at the nine franchised Jason's Deli restaurant locations owned and operated by one or more of the Defendants as exempt from the FLSA's overtime pay requirements. Smiley also asserted an individual claim under the Arkansas Minimum Wage Act. No class claims were pled.

1

2. The parties have reached an agreement to settle the overtime claims arising out of the alleged failure to pay required overtime premiums for overtime hours worked as a salary-paid Manager in Training ("MIT"), or as a salary-paid Assistant Manager 2A or 3A (i.e., below the level of and therefore not including Sr. 1st Assistant Manager or Jr. 1st Assistant Manager) at any of the nine franchised Jason's Deli locations identified in the Settlement Agreement operated by one or more Defendants (the "Covered Positions"), which Covered Positions the Company had classified and paid as exempt from federal or state overtime pay requirements for overtime hours worked, during the FLSA Period of February 13, 2015 through February 13, 2018 (the "Claim"), subject to this Court's approval of the Settlement Agreement (**attached as Exhibit 1**).

3. The parties believe the Settlement Agreement is fair, reasonable, and adequate.

4. The parties request that the Court, for purposes of settlement only, certify the following collective action group under 29 U.S.C. § 216(b):

> The Settlement Collective consists of the Named Plaintiff and the 33 individuals who worked in one or more Covered Positions during the FLSA Period, for whom Defendants provided salary and weeks worked data prior to mediation ("Settlement Collective Action Members").

5. The settlement, if approved, will result in notification to the Settlement Collective Action Members of their rights to participate in the settlement and claim their offered individual amounts calculated in the manner set forth in the Settlement Agreement, as reflected in the attached allocation spreadsheet (**attached as Exhibit 2**).

6.     The parties also request that the Court review and approve the Settlement Agreement, and review and approve the proposed Notice of Settlement and Consent form (**attached as Exhibit 3**).

6.     A brief in support of this motion is being filed concurrently with this motion. The parties respectfully request that the Court enter the attached proposed Approval Order.

Wherefore, the parties pray that the Court approve the Settlement Agreement and proposed Notice of Settlement and Consent form and certify the settlement collective action group described in this Motion.

Respectfully submitted,

SANFORD LAW FIRM, PLLC
ONE FINANCIAL CENTER
650 SOUTH SHACKLEFORD, SUITE 411
LITTLE ROCK, ARKANSAS 72211
TELEPHONE: (501) 221-0088
FACSIMILE: (888) 787-2040

By: /s/ Josh Sanford
Josh Sanford
Ark. Bar No. 2014171
josh@sanfordlawfirm.com

C. Andrew Head
GA Bar No. 341472
(*admitted pro hac vice*)
ahead@headlawfirm.com
HEAD LAW FIRM, LLC
White Provision, Suite 305
1170 Howell Mill Road NW
Atlanta, Georgia 30318
Telephone: (404) 924-4151

Michael H. Reed (*admitted pro hac vice*
New York Bar No. 4827325
Seth R. Lesser (*admitted pro hac vice*)
New York Bar No. 2265585

Fran L. Rudich (*admitted pro hac vice*)
New York Bar No. 2101681
Two International Drive, Suite 350
Rye Brook, NY 10573
T: (914) 934-9200
F: (914) 934-9220
E: Fran@klafterolsen.com;
Seth@klafterolsen.com;
Michael.Reed@klafterolsen.com

*Attorneys for Plaintiff and the Collective*

And

By: /s/ Michelle M. Kaemmerling
Michelle M. Kaemmerling
Ark. Bar No. 2001227
mkaemmerling@wlj.com
Jane A. Kim
Ark. Bar No. 2007160
jkim@wlj.com
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
Telephone: (501) 371-0808
Facsimile: (501) 376-9442

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

    I, Josh Sanford, do hereby certify that I electronically filed the foregoing via the Court's electronic filing system, which shall send notice of such filing to the counsel of record registered to receive service copies via CM/ECF, this 16th day of April, 2018.

                        /s/ Josh Sanford
                        Josh Sanford
                        Ark. Bar No. 2014171
                        josh@sanfordlawfirm.com