IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JAMES SMILEY, on behalf of himself and**            **PLAINTIFF**
**and all others similarly situated,**

v.            No. 4:17-cv-612-JLH

**DELI PARTNERS, LLC, a franchisee d/b/a "Jason's Deli";**
**HARVEY NORTH LITTLE ROCK, L.L.C., managing entity;**
**BOURKE C. HARVEY, an individual; and DELI PARTNERS**
**OF NORTH LITTLE ROCK, LP,**            **DEFENDANTS**

## ORDER

The above-styled case is before the Court on the parties' Joint Motion For Approval of Stipulated FLSA Collective Action Settlement (the "Motion").

A district court may only approve a settlement agreement and enter a stipulated judgment that includes a waiver of FLSA claims after it determines that the litigation involves a bona fide dispute and that the proposed settlement is fair and equitable to all parties. *Okada v. Eagle's HVAC, LLC*, No. 2:16-CV-02245, 2017 U.S. Dist. LEXIS 205376, at *3 (W.D. Ark. Dec. 14, 2017), citing *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 n.8 (11th Cir. 1982). The settlement and release is enforceable "only if the district court enter[s] a 'stipulated judgment' approving it." *Nall v. Mal-Motels, Inc.*, 723 F.3d 1304, 1308 (11th Cir. 2013).

The Court has reviewed both (i) the executed Settlement Agreement, and (ii) the proposed Notice and Consent packet (the "Notice"). For the reasons set forth in the Motion, the Court finds that the parties' settlement represents a fair and reasonable resolution of their dispute and that the proposed Notice

should be issued to all eligible potential settlement opt-in plaintiffs as specified in the Motion and Settlement Agreement.

Accordingly, the Motion is GRANTED and the parties' Settlement Agreement and Notice are APPROVED and their terms are incorporated herein by reference as the stipulated JUDGMENT in this case.

This Court shall retain jurisdiction over this matter until the terms set forth in the Settlement Agreement have been complied with in full.

The Clerk is DIRECTED to enter JUDGEMENT and close the case.

IT IS SO ORDERED this 17th day of April, 2018.

*J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE